# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cr-00072-SEB-MJD |
| SHANEQUA PEDEN a/k/a SNOOP, | ) -01 |
| Defendant. | ) |

## ORDER ADOPTING RECOMMENDATION

On April 3, 2025, in open Court, Defendant Shanequa Peden (after consultation with counsel, Dominic Martin) consented, and the Magistrate Judge recommended, that supervised release be modified as follows: You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The Court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer. The Court, having considered the Magistrate Judge's recommendation, hereby adopts the Magistrate Judge's recommendation.

**IT IS SO ORDERED.**

Date: 4/4/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov

Electronic notice to USPO


Courtesy Copy to:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org